# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CHARLES EUGENE MOORE, #297332, ) ) ) Plaintiff, ) ) vs. ) ) CAPTAIN BISHOP, et al., ) ) Defendants. ) | CIVIL ACTION NO. 19-0606-CG-B |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 19) made under 28 U.S.C. § 636(b)(1) and S.D. Ala. GenLR 72(a)(2)(R), and dated September 25, 2020, is **ADOPTED** as the opinion of the Court.

**DONE** and **ORDERED** this the 23rd day of October, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE